# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHRISTOPHER TAKHVAR, pro se | § |
| | § |
| v. | § Case No. 2:17-cv-00673-JRG-RSP |
| | § |
| LARRY PAGE et al. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne, recommending that Mr. Takhvar's claims against all defendants be dismissed with prejudice. *See* Dkt. No. 27. For dispositive matters referred to a magistrate judge, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). "The district judge may accept, reject, or modify the recommend disposition." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Upon de novo review of the objected to portions of the Magistrate Judge's findings, conclusions, and recommendation, the Court finds no reason to reject or modify the recommended disposition.

Accordingly, **IT IS ORDERED**:

(1) Mr. Takhvar's objections, Dkt. No. 29, are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation, Dkt. No. 27, is **ADOPTED**.

(3) Defendants' motion to dismiss, Dkt. No. 17, is **GRANTED**. A separate Final Judgement will follow. *See* Fed. R. Civ. P. 58(a).

**So ORDERED and SIGNED this 6th day of March, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE